*From the desk of Benjamin PD Cannon, ASCE*
*4104 24th st #403*
*San Francisco, CA 94114*
*ben@6by7.net*
*707.235.8663*

May 30, 2018

**TIME IS OF THE ESSENCE**

Michael King
Deputy County Counsel
County of Sonoma
Michael.King@sonoma-county.org

VIA E-MAIL ONLY

**Re: Meet and Confer re Ex-parte application**

Mr. King,

Thank you for taking the time to speak with me this morning. As mentioned, I went to PRMD yesterday to submit a Use Permit that cures (or moots) all alleged violations on the property.

Instead of accepting it, I was told 2 times, by 4 different staff, that the Country apparently "Does not accept use permits with zone changes"

The written County procedure to accept a Use Permit with a Zone Change appears on their website as follows.

https://sonomacounty.ca.gov/PRMD/Instructions-and-Forms/Use-Permits/

*From the desk of Benjamin PD Cannon, ASCE*
*4104 24th st #403*
*San Francisco, CA 94114*
*ben@6by7.net*
*707.235.8663*

AT&T Wi-Fi 2:29 PM 29%

sonomacounty.ca.gov

permit SONOMA

# Use Permits

**All forms and Instructions listed under each permit type must be completed for that permit type.**

A Use Per[...] Copy Look Up Share... projects that are t[...] Use Permit applications often require a public hearing before the Board of Zoning Adjustments; when processed with a Zone Change and/or a General Plan Amendment, the public hearing will be before the Planning Commission. Examples of uses requiring a Use Permit are: wineries, kennels, contractor storage yards, planned developments and mixed use projects. Use Permits are discretionary in nature, and, if approved, will include conditions of approval. A Use Permit can only be approved if found to be consistent with the Sonoma County General Plan, Sonoma County Zoning Code and, applicable Area or Specific Plan and if found to be compatible with the health, safety, and welfare of the neighborhood.

## General

- PJR-001 - Planning Application (PDF: 40 kB)
- PJR-126 - Supplemental Application Information (PDF: 168 kB)
- PJR-010 - Use Permit Application Requirements

*From the desk of Benjamin PD Cannon, ASCE*
*4104 24th st #403*
*San Francisco, CA 94114*
*ben@6by7.net*
*707.235.8663*

I subsequently found a dozen instances in which the Country has processed Zone Changes concurrently with Use Permits. Indeed, the application for Cannabis Use Permit has a checkbox for "Zone Change"

http://www.omarfigueroa.com/wp-content/uploads/2012/07/PJR-123-Cannabis-Cultivation-Permit-Minor-and-Conditional-Use-Permit.pdf

When I pressed on the second visit, after learning that the County does exactly this, I was told "Oh, it's because it's you".

When I pressed again, saying "Can you explain to me why the County has a policy for voting on this at the Planning Commission, when you're telling me it you won't do it?" she said nothing.

When I called my AIA licensed architect, and State of California Licensed Engineer, PRMD staff actually refused to communicate with them. In twenty years of professional experience, I have never encountered such treatment Then the four of them physically moved to encircle me, and I left. I am nothing short of aghast as to the treatment I received at the hands of PRMD staff.

A letter follows from that Architect, included as an Exhibit to this letter.

Also following, is the Use Permit and its associated submittals, they will be in a separate ZIP archive that is quite large.

Unfortunately, I lose important rights June 1, 2018 so it is very urgent that this permit be accepted when I presented it, yesterday, May 29, 2018. As such we are **OUT OF TIME.**

Unless you can give me written assurances that:

1) The specific Use Permit and Zone Change will be accepted on representation without protest.

2) That all permits hence will be accepted and either Approved, Denied, or deemed incomplete or insufficient in writing, and an itemized list presented of what is required to bring the permit up to Complete.

*From the desk of Benjamin PD Cannon, ASCE*
*4104 24th st #403*
*San Francisco, CA 94114*
*ben@6by7.net*
*707.235.8663*

If you do not provide the above, we will **immediately and without further** notice seek ex-parte relief in the form of a Court Order to enforce the above.

If PRMD staff then do not obey this Court Order, which we fully expect, I will bring Law Enforcement personnel from the United States Marshals service with me to effect a civil standby while the order is enforced.

Instead however, my very strong preference is that I'd simply like to submit the permit like any other citizen and move forward. If that is amiable to you, please advise **AS SOON AS POSSIBLE BUT IN NO EVENT LATER THAN 2PM TODAY** AS I WILL BE OUT OF TIME TO PREPARE.

Thank you for your consideration on this matter, and please be advised that as mentioned previously, I cannot communicate with Diana Gomez because she is a party. I am able to communicate with any lawyer retained by the County who is not a party.

-Ben.

X____________________
Benjamin Cannon, ASCE.

*From the desk of Benjamin PD Cannon, ASCE*
*4104 24th st #403*
*San Francisco, CA 94114*
*ben@6by7.net*
*707.235.8663*

**EXHIBIT A**

*From the desk of Benjamin PD Cannon, ASCE*
*4104 24th st #403*
*San Francisco, CA 94114*
*ben@6by7.net*
*707.235.8663*

# LHOOQ

29 MAY 2018

Sonoma County Planning Division
Permit & Resource Management Departmant
2550 Ventura Avenue
Santa Rosa, CA 95403
707.565.1900 x5

RE: 4885 Mill Creek Road

I am the licensed architect retained by Mr. Ben Cannon to perform architectural services related to his property at 4885 Mill Creek Road just west of Healdsburg. I have prepared drawings in coordination with other professionals to apply for a use permit for various proposed uses at the subject property.

My drawings have been prepared in line with the Sonoma County general plan, land use designations, and zoning regulations. I believe these drawings include the necessary information to be accepted for processing by the county. This use permit application is augmented by a zoning change application, to bring the property up to the current zoning standards that already apply to the parcels surrounding the subject property.

Please accept this use permit application in accordance with established Sonoma County permit application guidelines.

Respectfully,

Seth Ellsworth
R.A., LEED AP BD+C, CDT
CA LICENSE #C-35059

LHOOQ DESIGN
1154 1/2 N MADISON AVE
LOS ANGELES CA 90029
WWW.LHOOQDESIGN.COM

*From the desk of Benjamin PD Cannon, ASCE*
*4104 24th st #403*
*San Francisco, CA 94114*
*ben@6by7.net*
*707.235.8663*

Permit History Lookup/ Address Results.pdf (page 3 of 6)





| | | | | | |
|---|---|---|---|---|---|
| | | | | BR (BIOTIC RESOURCE), VOH (VALLEY OAK HABITAT) DISTRICT(S) TO THE R2 (MEDIUM DENSITY RESIDENTIAL), B6-12 DU/AC, F1 (FLOODWAY COMBINING DISTRICT), F2 (FLOODPLAIN COMBINING DISTRICT), BR (BIOTIC RESOURCE), VOH (VALLEY OAK HABITAT) DISTRICT ON 2.43 ACRES. | |
| BLD12-0003 | 1/3/2012 | Finaled | Building Permit No Plan Check | UNIT 1 RPLC WALL HEATER & FAN/LIGHT & UNIT 7 DRYROT REPAIR AROUND WINDOW & SIDING | Yes |
| GPA11-0006 | 6/29/2011 | Done | General Plan Amendment | SEE PLP11-0025 | |
| ZCE11-0016 | 6/29/2011 | Done | Zone Change Amendment | SEE PLP11-0025 | |
| PLP11-0025 | 6/28/2011 | Done | Planning Project | GPA, REZONE, AND USE PERMIT. 1) A GENERAL PLAN AMENDMENT FROM THE RVSC (RECREATION AND VISITOR SERVING COMMERCIAL) TO THE UR (URBAN RESIDENTIAL) 12 UNITS PER ACRE LAND USE DESIGNATION; 2) A ZONE CHANGE FROM K (RECREATION AND VISITOR SERVING COMMERCIAL), BR (BIOTIC RESOURCE), F1 (FLOODWAY), F2 (FLOODPLAIN), VOH (VALLEY OAK HABITAT) DISTRICT TO THE R2 12 (MEDIUM DENSITY RESIDENTIAL, 12 UNITS PER ACRE), BR, F1, F2, VOH ZONING DISTRICT; 3) GENERAL PLAN TEXT AMENDMENT TO ADD A SPECIAL AREA POLICY ALLOWING UP TO TEN (10) SRO UNITS AS A PART OF THIS EXISTING 27 UNIT APARTMENT COMPLEX; AND 4) A USE PERMIT TO ALLOW SIX (6) SRO UNITS UNDER 26-88-125. NO CHANGES TO THE SITE ARE PROPOSED; PROJECT INCLUDES INTERIOR CHANGES TO 3 EXISTING UNITS ONLY. | |
| BLD05-5042 | 9/6/2005 | Finaled | Building Permit No Plan Check | ELECTRIC PLUMBING AND MINOR SHEETROCK RPR IN EXISTING LAUNDRY ROOM | Yes |
| VBU99-0810 | 12/29/1999 | File Closed | Building Violation | CABIN #6 BATHROOM CEILING ROTTING | |

*From the desk of Benjamin PD Cannon, ASCE*
*4104 24th st #403*
*San Francisco, CA 94114*
*ben@6by7.net*
*707.235.8663*

sonoma-county.granicus.com

**EXHIBIT E**
**Board Conditions of Approval and Mitigation Monitoring Program for the Roblar Road Quarry**

**Date:** December 14 , 2010 **File No.:** PLP03-0094

**Applicant:** John Barella Tr. And Andrea Barella Tr. **Quarry APNs:** 027-080-009 and -010

**Address:** 7175 and 7601 Roblar Road, Sebastopol

**Project Description:** Request for (1) Zone Change to add the MR (Mineral Resources) overlay zone to the proposed 70 acre mining site (APN 027-080-009) and a 25 foot perimeter setback area around the parcel, (2) Use Permit for Alternative 2 (Alternative Haul Route/Contracted Sales Only), as modified by the Board of Supervisors, to allow a 20-year mining permit with an annual production limit of 570,000 cubic yards per year, and (3) Reclamation Plan to return the 70 acre mining area to a natural condition with native soil and vegetation suitable for agriculture and open space. The Alternative 2 haul route was modified by the Board to prohibit the use of the adjacent Wilson property encumbered by an Open Space District easement for Alternative 2 Access Road 1. Instead, rather than building segment 1 of the haul road on the Wilson property, the applicant would be required to improve Roblar Road to County Standards from the proposed quarry entrance shown for the proposed Project (DEIR Figure III-6) westward to the point where the Alternative 2 haul road turns overland off Roblar Road onto Access Road 2 (which is not on land subject to an Open Space District easement). The on-site project access road and quarry entrance would be constructed substantially as described for the proposed project and analyzed and mitigated in the DEIR, i.e., it would connect to Roblar Road approximately 1200 feet east of the existing vehicular access point. All Alternative 2 haul route restrictions and mitigation measures would apply.

---

The Permit and Resource Management Department (PRMD) is responsible for monitoring the compliance of aggregate operations with all permit conditions and ordinance requirements as part of the ongoing inspection, enforcement, mitigation and monitoring program established by the Aggregate Resources Management (ARM) Plan. In addition, the County conducts periodic inspections of every mining site to fulfill the requirement of the State Surface Mining and Reclamation Act (SMARA). Some of the monitoring for the following conditions of approval will be carried out concurrently through the above activities; in other cases more frequent monitoring or monitoring by a qualified professional or responsible agency has been deemed necessary and added to the on-going monitoring activities.

The monitoring activities planned for each condition of approval along with the responsible person agency, and the frequency or schedule of monitoring are provided after each applicable condition following conditions of approval.

The requirements of this Use Permit run with the real property that is the subject of the project. Successive owners, heirs, and assigns of this real property are bound to comply with all the requir of these conditions. Prior to any lease, sale, transfer, or conveyance of any portion of the real pro

# Civil Engineering Consulting Services

CrosbyTave Consultants

May 29, 2018

Sonoma County Planning Division
Permit & Resource Management Department
2550 Ventura Avenue
Santa Rosa, CA 95403
Phone: (707) 565-1900

Re: 4855 Mill Creek Road APN:110-060-064

Our licensed Civil Engineer Mr. Anthony Tave, P.E. performed civil engineering services related to the Use Permit for 4855 Mill Creek Rd. We are confident that you will find the attached submittal drawings are appropriate to initiate the review process.

The drawings were done per the direction of our client Ben Cannon, and to the best of our knowledge convey the design intent to a degree that the county can start the review process. Supplemental information can be provided as more input is received from county staff during the review process.

If you have any questions, please feel free to contact us at (909) 358- 9739.

Sincerely,

P M Crosby

Precious Crosby
Managing Director

Enclosure:

# LHOOQ

29 MAY 2018

Sonoma County Planning Division
Permit & Resource Management Departmant
2550 Ventura Avenue
Santa Rosa, CA 95403
707.565.1900 x5

RE: 4885 Mill Creek Road

I am the licensed architect retained by Mr. Ben Cannon to perform architectural services related to his property at 4885 Mill Creek Road just west of Healdsburg. I have prepared drawings in coordination with other professionals to apply for a use permit for various proposed uses at the subject property.

My drawings have been prepared in line with the Sonoma County general plan, land use designations, and zoning regulations. I believe these drawings include the necessary information to be accepted for processing by the county. This use permit application is augmented by a zoning change application, to bring the property up to the current zoning standards that already apply to the parcels surrounding the subject property.

Please accept this use permit application in accordance with established Sonoma County permit application guidelines.

Respectfully,

Seth Ellsworth
R.A., LEED AP BD+C, CDT
CA LICENSE #C-35059

**LHOOQ DESIGN**
1154 1/2 N MADISON AVE
LOS ANGELES CA 90029

# Sonoma County Combined Planning Commission and Board of Zoning Adjustments

# AGENDA

Sonoma County Permit and Resource Management Department
2550 Ventura Avenue, Santa Rosa, CA 95403
(707) 565-1900 FAX (707) 565-1103

Date: September 19, 2013
Meeting No.: 13-008

## ROLL CALL

**Commissioners**
Shawn Montoya
Komron Shahhosseini
Jason Liles
Tom Lynch
Dick Fogg, Chair

**Staff Members**
Jennifer Barrett
Karin Theriault
Dean Parsons
David Hurst, Chief Deputy County Counsel

---

**ADA Accessibility:** The County of Sonoma does not discriminate on the basis of disability and no person shall, by reason of a disability, be denied the benefits of its services, programs, or activities. This hearing is located in an accessible facility. If you wish to request a copy of the agenda in an alternate format, or would like to attend this meeting and will require special assistance in order to participate, please contact Sue Dahl at (707) 565-1947 or Sue.Dahl@sonoma-county.org at least 72 hours in advance of the meeting to make arrangements.

**1:00 PM** Please Be Courteous - Turn off cell phones and pagers while the meeting is in session.

Call to order and Pledge of Allegiance

**Approval of Minutes** -

**Correspondence**

**Planning Commission / Board of Supervisors Actions**

**Commissioner Announcements/Disclosures**

**Public Appearances** - The Planning Commission / Board of Zoning Adjustments invites public participation regarding the affairs of the County. Any person desiring to speak on any matter which is not scheduled on this agenda may do so. Comments are limited to 3 minutes, or as imposed at the discretion of the chair. Under State Law, matters presented during public appearances cannot be discussed or acted upon by the Planning Commission / Board of Zoning Adjustments members.

**Items scheduled on the agenda** In order to expedite the meeting, it is requested that you fill out a speaker card before speaking.

The Commission also invites interested persons to submit written comments and presentation which will be entered into the permanent record. Written comments and presentations may be submitted prior to the meeting by mail addressed to: Permit and Resource Management Department, 2550 Ventura Avenue, Santa Rosa, CA 95403. You may also hand-deliver comments and presentations to the above address. Materials related to an item on this Agenda submitted to the Planning Commission /Board of Zoning Adjustments after distribution of the Agenda packet are available for

public inspection at the above address. Office hours are Monday, Tuesday, Wednesday and Thursday from 8:00 a.m. to 4:00 p.m. The lobby is closed to the public on Fridays.

## PLANNING COMMISSION REGULAR CALENDAR

**If you wish to speak** on an item under discussion by the Planning Commission / Board of Zoning Adjustments which appears on this agenda, you may do so upon receiving recognition from the Chair. State your name and address for the record before making your presentation. All hearings are recorded. Time limitations on public testimony are limited to 3 minutes, or as imposed at the discretion of the Chair.

Item No.1 Time: 1:05 p.m. File: PLP12-0005
Applicant: Nutradine Inc. Staff: Dean Parsons
Env. Doc: Mitigated Negative Declaration
Proposal: Request for a General Plan Amendment from the Diverse Agriculture 20-acre density land use designation to the Limited Industrial land use designation; the addition of a General Plan Planning Area Policy limiting allowed uses on the subject site; a Zone Change from the Diverse Agriculture B6-20 acre density, SR (Scenic Resource), VOH (Valley Oak Habitat) districts to Limited Rural Industrial, SR (Scenic Resource), VOH (Valley Oak Habitat) zoning districts; and a Use Permit to allow diversification and expansion of an existing pet and fish nutraceuticals facility. The expansion includes replacement of an existing 9,700+/- square foot warehouse building with a new 20,000+/- square foot building to allow the expanded pet/fish food facility which also includes an increase in the number of full-time employees from 9 to 30. Hours of operation remain unchanged, Monday through Saturday, 8:00 a.m. to 5:00 p.m.
Location: 101 Grant School Road, Healdsburg
APN: 086-030-017 Supervisorial District:4
Zoning: DA (Diverse Agriculture), B6 – 20 acre density, SR (Scenic Resources), VOH (Valley Oak Habitat)

Action: **CONTINUED TO A DATE UNCERTAIN AND WILL BE RENOTICED**

Appeal Deadline:
Resolution No.:

Fogg: Montoya: Shahhosseini: Liles: Lynch:
Ayes: Noes: Absent: Abstain:

## BOARD OF ZONING ADJUSTMENTS REGULAR CALENDAR

All items listed on the uncontested calendar are considered to be routine. The Chair will open the public hearing on all items simultaneously. If no one from the public addresses the Planning Commission, the hearing will be closed and the items may be acted upon with a single majority vote.

Item No.2 Time: 1:30 p.m. File: PLP09-0098
Applicant: Leland Fly Fishing Staff: Karin Theriault
Env. Doc: Mitigated Negative Declaration
Proposal: Request for Design Review for a fly fishing retail shop and associated structures and a Use Permit for a Caretaker unit on a 13+/- acre parcel. The project does not include outdoor fly fishing instruction, the use of the existing ponds on the property for fly fishing purposes, or any special or cultural events. The ponds are proposed to be used for fire suppression purposes and as a landscape feature. The project does not require a General Plan amendment or a Zone Change, or a use permit beyond the Use Permit for the caretaker unit
Location: 24130 Arnold Drive, Sonoma

APN: 128-461-029 Supervisorial District: 1
Zoning: LC (Limited Commercial), SR (Scenic Resourd3es- Scenic Corridor Highway 121 Arnold Drive and Community Separator)

Action: **CONTINUED TO OCTOBER 24, 2013 AT 1:05 P.M.**
Appeal Deadline:
Resolution No.:

Fogg: Montoya: Shahhosseini: Liles: Lynch:
Ayes: Noes: Absent: Abstain:

**EXHIBIT E**

**Board Conditions of Approval and Mitigation Monitoring Program for the Roblar Road Quarry**

**Date:** December 14 , 2010 **File No.:** PLP03-0094

**Applicant:** John Barella Tr. And Andrea Barella Tr. **Quarry APNs:** 027-080-009 and -010

**Address:** 7175 and 7601 Roblar Road, Sebastopol

**Project Description:** Request for (1) Zone Change to add the MR (Mineral Resources) overlay zone to the proposed 70 acre mining site (APN 027-080-009) and a 25 foot perimeter setback area around the parcel, (2) Use Permit for Alternative 2 (Alternative Haul Route/Contracted Sales Only), as modified by the Board of Supervisors, to allow a 20-year mining permit with an annual production limit of 570,000 cubic yards per year, and (3) Reclamation Plan to return the 70 acre mining area to a natural condition with native soil and vegetation suitable for agriculture and open space. The Alternative 2 haul route was modified by the Board to prohibit the use of the adjacent Wilson property encumbered by an Open Space District easement for Alternative 2 Access Road 1. Instead, rather than building segment 1 of the haul road on the Wilson property, the applicant would be required to improve Roblar Road to County Standards from the proposed quarry entrance shown for the proposed Project (DEIR Figure III-6) westward to the point where the Alternative 2 haul road turns overland off Roblar Road onto Access Road 2 (which is not on land subject to an Open Space District easement). The on-site project access road and quarry entrance would be constructed substantially as described for the proposed project and analyzed and mitigated in the DEIR, i.e., it would connect to Roblar Road approximately 1200 feet east of the existing vehicular access point. All Alternative 2 haul route restrictions and mitigation measures would apply.

---

The Permit and Resource Management Department (PRMD) is responsible for monitoring the compliance of aggregate operations with all permit conditions and ordinance requirements as part of the ongoing inspection, enforcement, mitigation and monitoring program established by the Aggregate Resources Management (ARM) Plan. In addition, the County conducts periodic inspections of every mining site to fulfill the requirement of the State Surface Mining and Reclamation Act (SMARA). Some of the monitoring for the following conditions of approval will be carried out concurrently through the above activities; in other cases more frequent monitoring or monitoring by a qualified professional or responsible agency has been deemed necessary and added to the on-going monitoring activities.

The monitoring activities planned for each condition of approval along with the responsible person or agency, and the frequency or schedule of monitoring are provided after each applicable condition in the following conditions of approval.

The requirements of this Use Permit run with the real property that is the subject of the project. Successive owners, heirs, and assigns of this real property are bound to comply with all the requirements of these conditions. Prior to any lease, sale, transfer, or conveyance of any portion of the real property that is the subject of the project, the owner shall provide a copy of the adopted conditions to the prospective lessee, buyer, transferee, or one to whom the conveyance is made. All conditions set forth herein shall be applicable to both mining and processing within parcel APN 028-080-009, unless otherwise specified. The applicant's obligations under Conditions 111 (sediment control and stormwater pollution prevention), 113 (groundwater seepage), 41, 42, and 43 (indemnification and release agreement), and 171 (reclamation) shall survive the expiration of this Use Permit.

**Prior to issuance of any permits (grading, septic, building, etc. ) or commencement of clearing or mining activity on parcels defined as APNs 027-080-009 and -010, all of the pre-operational conditions must be met and verified by PRMD staff pursuant to this Use Permit. Conditions relating to the Use Permit for mining are denoted with a "U." Conditions related to the Reclamation Plan are denoted with an "R." Operational conditions applicable to both the Use Permit and Reclamation Plan are denoted with "U/R."**

# Sonoma County Permit and Resource Management Department

**Website:** www.sonomacountypermits.org

**Address:** 2550 Ventura Avenue
Santa Rosa, CA 95403-2829

**Phone:** (707) 565-1900

**Fax:** (707) 565-1103

## Permit History Lookup

This service provides convenient access to permit history information. All reasonable effort has been made to ensure the accuracy of the data provided. However, the data may be out of date or inaccurate. The County of Sonoma assumes no responsibility arising from the use of this information. This information and associated data are provided without warranty of any kind, either expressed or implied, including but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Do not make any business decisions based on this data before validating the data with the Sonoma County Permit and Resource Management Department.

## Permit History By Address

Address: **16351 1St St**

Permits: **68**

### Permit History as of May 29, 2018

| Number | Date | Status | Type | Description | Scanned |
|---|---|---|---|---|---|
| BLD17-3085 | 6/29/2017 | Finaled | Building Permit With Plan Check | 8.25 KW ROOF MOUNT PV | Yes |
| BLD17-0005 | 1/3/2017 | Finaled | Building Permit With Plan Check | BARRIER REMOVAL ( RAISED WALK WAY & PORCH FOR OFFICE) | Yes |
| BLD16-0250 | 1/15/2016 | Finaled | Building Permit No Plan Check | FOR FIRE MOUNTAIN LODGE INSTALL TWO REPLACEMENT EPA APPROVED MORSO 2B STANDARD WOODSTOVES IN UNITS 26 & 27 | Yes |
| BLD16-0251 | 1/15/2016 | Finaled | Building Permit No Plan Check | REPLACE 4 EXISTING WOODSTOVES EPA CERTIFIED MORSO 2B STANDARD IN UNITS 2, 4, 6 & 10 | Yes |
| BLD15-1918 | 4/22/2015 | Issued | Building Permit No Plan Check | REPLACE GAS WATER HEATER TO SERVE MULTIPLE APARTMENTS. (LOCATED OUTSIDE UNIT 19.) | Yes |
| BLD14-5626 | 11/20/2014 | Finaled | Building Permit No Plan Check | RPLC 1 GAS WATER HEATER FOR | Yes |

| | | | | | |
|---|---|---|---|---|---|
| | | | | APARTMENTS | |
| BLD14-2282 | 5/22/2014 | Finaled | Building Permit No Plan Check | REPLACE (E) WOOD STOVES WITH EPA APPROVED UNIT FOR APTS #'S 1, 3, 5, 7, 8, 9, AND 11 | Yes |
| BLD14-2283 | 5/22/2014 | Finaled | Building Permit No Plan Check | REPLACE (E) WOOD STOVE WITH EPA APPROVED UNIT FOR APT #14 | Yes |
| BLD14-2284 | 5/22/2014 | Finaled | Building Permit No Plan Check | REPLACE (E) WOOD STOVE WITH EPA APPROVED UNIT FOR APT #22 | Yes |
| BLD14-2285 | 5/22/2014 | Finaled | Building Permit No Plan Check | REPLACE (E) WOOD STOVES WITH EPA APPROVED UNIT FOR APTS #23 & 24 | Yes |
| BLD14-0856 | 3/3/2014 | Finaled | Building Permit No Plan Check | RPLC GAS WATER HEATER IN BLD #4 UNIT 23 | Yes |
| BLD13-5195 | 10/31/2013 | Finaled | Building Permit With Plan Check | MINOR REMODEL - CREATE SINGLE ROOM OCCPY (SRO) IN UNITS 6 STE 1 & 2 AND UNIT 10 STE 1 & 2 - HVAC - MINOR PLUMBING AND ELEC - BUILD NON BEARING WALL FOR SEPERATION | Yes |
| BLD13-5196 | 10/31/2013 | Finaled | Building Permit With Plan Check | MINOR REMODEL - CREATE SRO IN UNITS 28 STE 1 & 2 HVAC - MINOR PLUMBING AND ELEC - BUILD NON BEARING WALL FOR SEPERATION | Yes |
| UPE13-0085 | 10/31/2013 | Done | Use Permit | SEE PLP11-0025 | |
| BLD13-1328 | 3/28/2013 | Finaled | Building Permit With Plan Check | DRY ROT REPAIR FOUNDATION 9' @ STORAGE ROOM | Yes |
| BLD12-4602 | 11/8/2012 | Finaled | Building Permit No Plan Check | DRY ROT REPAIR TO (E) DECK AND PORTION OF WALL RIM JOIST | Yes |
| BLD12-3571 | 9/5/2012 | Finaled | Building Permit No Plan Check | REPLACE PROPANE WALL HEATER. UNIT 19. | Yes |
| BLD12-2495 | 6/27/2012 | Finaled | Building Permit With Plan Check | RPLC HANDRAIL @ 2ND STORY APT BLDG | Yes |
| VBU12-0168 | 6/6/2012 | File Closed | Building Violation | HAND RAIL & LANDING | Yes |
| ORD-5976 | 4/25/2012 | Approved | Planning History Record | ZONE CHANGE FROM K (RECREATIONAL AND VISITOR SERVING COMMERCIAL), F1 (FLOOD WAY COMBINING DISTRICT), F2 (FLOOD PLAIN COMBINING DISTRICT), | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | BR (BIOTIC RESOURCE), VOH (VALLEY OAK HABITAT) DISTRICT(S) TO THE R2 (MEDIUM DENSITY RESIDENTIAL), B6-12 DU/AC, F1 (FLOODWAY COMBINING DISTRICT), F2 (FLOODPLAIN COMBINING DISTRICT), BR (BIOTIC RESOURCE), VOH (VALLEY OAK HABITAT) DISTRICT ON 2.43 ACRES. | |
| BLD12-0003 | 1/3/2012 | Finaled | Building Permit No Plan Check | UNIT 1 RPLC WALL HEATER & FAN/LIGHT & UNIT 7 DRYROT REPAIR AROUND WINDOW & SIDING | Yes |
| GPA11-0006 | 6/29/2011 | Done | General Plan Amendment | SEE PLP11-0025 | |
| ZCE11-0016 | 6/29/2011 | Done | Zone Change Amendment | SEE PLP11-0025 | |
| PLP11-0025 | 6/28/2011 | Done | Planning Project | GPA, REZONE, AND USE PERMIT. 1) A GENERAL PLAN AMENDMENT FROM THE RVSC (RECREATION AND VISITOR SERVING COMMERCIAL) TO THE UR (URBAN RESIDENTIAL) 12 UNITS PER ACRE LAND USE DESIGNATION; 2) A ZONE CHANGE FROM K (RECREATION AND VISITOR SERVING COMMERCIAL), BR (BIOTIC RESOURCE), F1 (FLOODWAY), F2 (FLOODPLAIN), VOH (VALLEY OAK HABITAT) DISTRICT TO THE R2 12 (MEDIUM DENSITY RESIDENTIAL, 12 UNITS PER ACRE), BR, F1, F2, VOH ZONING DISTRICT; 3) GENERAL PLAN TEXT AMENDMENT TO ADD A SPECIAL AREA POLICY ALLOWING UP TO TEN (10) SRO UNITS AS A PART OF THIS EXISTING 27 UNIT APARTMENT COMPLEX; AND 4) A USE PERMIT TO ALLOW SIX (6) SRO UNITS UNDER 26-88-125. NO CHANGES TO THE SITE ARE PROPOSED; PROJECT INCLUDES INTERIOR CHANGES TO 3 EXISTING UNITS ONLY. | |
| BLD05-5042 | 9/6/2005 | Finaled | Building Permit No Plan Check | ELECTRIC PLUMBING AND MINOR SHEETROCK RPR IN EXISTING LAUNDRY ROOM | Yes |
| VBU99-0810 | 12/29/1999 | File Closed | Building Violation | CABIN #6 BATHROOM CEILING ROTTING | |

| | | | | | |
|---|---|---|---|---|---|
| FLD-000023 | 2/3/1997 | Green | Safety Assessment | RAPID EVALUATION SAFETY ASSESSMENT - FIRE MTN LODGE..... 1995: 8 UNITS INUNDATED & POOL- 3 SPAS & POOL EQUIP BUILDING, POOL HOUSE. / SHEETROCK, ELECTRIC,HEATERS, POOL EQUIPMENT, KITCHEN APPLIANCES..... 1997: CHECK 4? UNITS RAISED. NORESA98..... 01/05/2006: GREEN-1. NO DAMAGE OBSERVED. | |
| B-135053 | 1/4/1996 | Finaled | Building Permit With Plan Check | ELEVATE RESORT CABIN - ADDENDUM TO 953103 | Yes |
| B-135054 | 1/4/1996 | Finaled | Building Permit With Plan Check | ELEVATE BUILDING - REFER TO PX953103 | Yes |
| B-135055 | 1/4/1996 | Finaled | Building Permit With Plan Check | ELEVATE RESORT CABIN - REFER TO 953103 | Yes |
| B-135056 | 1/4/1996 | Finaled | Building Permit With Plan Check | ELEVATE RESORT CABIN - REFER TO 953103 | Yes |
| PX953231 | 1/4/1996 | Finaled | Building History Record | ELV UNIT 18 | |
| PX953232 | 1/4/1996 | Finaled | Building History Record | ELV UNIT 16 | |
| PX953233 | 1/4/1996 | Finaled | Building History Record | ELV UNIT 17 | |
| PX953234 | 1/4/1996 | Finaled | Building History Record | ELV UNIT 15 | |
| PX953103 | 5/10/1995 | Finaled | Building History Record | FLD-RAISE#17,18 | |
| B-129425 | 4/28/1995 | Expired | Building History Record | REMODEL BATH | Yes |
| 029574-B | 2/27/1995 | Finished | Building History Record | SUBSTAND BLDG | |
| B-950232 | 2/7/1995 | Finaled | Building History Record | FLDAMG(25%)RPR | |
| B-128382 | 2/6/1995 | Finaled | Building History Record | DEMO+RECVT 2GAZ | Yes |
| PX027589 | 1/11/1993 | Expired | Building History Record | STORAGE BLDG /S | |
| I-079252 | 7/23/1992 | Finaled | Building History Record | UNABL TO ENTER | |
| B-077635 | 5/7/1987 | Finaled | Building History Record | FINAL B51890 | |
| B-077636 | 5/7/1987 | Finaled | Building History Record | FINAL B70372 | |
| B-077637 | 5/7/1987 | Finaled | Building History Record | FINAL POOL B521 | |
| B-070372 | 3/31/1986 | Finaled | Building History Record | FOUNDATION REPA | |

| | | | | | |
|---|---|---|---|---|---|
| B-066432 | 7/24/1985 | Finaled | Building History Record | DEMOLITION | |
| B-066433 | 7/24/1985 | Finaled | Building History Record | DEMOLITION | |
| B-066434 | 7/24/1985 | Expired | Building History Record | RENEWAL OF PERM | |
| B-066181 | 7/11/1985 | Finaled | Building History Record | SURVEY | |
| B-066182 | 7/11/1985 | Finaled | Building History Record | SURVEY | |
| B-066183 | 7/11/1985 | Finaled | Building History Record | SURVEY | |
| B-066184 | 7/11/1985 | Finaled | Building History Record | SURVEY | |
| B-066185 | 7/11/1985 | Finaled | Building History Record | SURVEY | |
| T-012902 | 5/21/1984 | Finaled | Building History Record | TEMP ELEC | |
| B-059221 | 3/22/1984 | Expired | Building History Record | RAISE/REROOF RE | |
| B-057977 | 11/22/1983 | Expired | Building History Record | FDN ONLY | |
| PX006127 | 9/27/1983 | Finaled | Building History Record | RAISE ROO | |
| B-052134 | 8/20/1982 | Expired | Building History Record | SWIM POOL | |
| B-052140 | 8/20/1982 | Finaled | Building History Record | REMODEL | |
| B-051890 | 7/30/1982 | Expired | Building History Record | RES REMODEL | |
| PX003822 | 4/21/1982 | Finaled | Building History Record | CONDOMINI | |
| B-025131 | 5/23/1977 | Expired | Building History Record | REPAIR | |
| B-025132 | 5/23/1977 | Expired | Building History Record | REPAIR | |
| B-025133 | 5/23/1977 | Expired | Building History Record | REPAIR | |
| B-000687 | 5/4/1973 | Finaled | Building History Record | RPR CABINS 1-6 | |
| P-018093 | 11/3/1970 | Finaled | Building History Record | PLUMBING-MISC | |
| **Number** | **Date** | **Status** | **Type** | **Description** | **Scanned** |

**Important Notes**

- The Permit History provided may not include all records for this property. Further investigation may be required to obtain a more complete history, due to: address changes, parcel mergers, splits, retirements, etc.
- Date(s) listed in this report reflect the earliest known date(s) associated with each file. The date(s) listed are not associated with the current status.
- Permit Status Definitions <http://www.sonoma-county.org/prmd/docs/permitsplus/status_standards.pdf> (PDF: 57 kB) have been

modified through time, to better identify milestones during the life span of a specific File Type. Many historical files reflect statuses which are no longer in use.

- Although every effort is made to provide complete and accurate information on this website, visitors are advised to contact appropriate Permit and Resource Management Department (PRMD) staff before making project decisions. This may involve contacting more than one section within PRMD (Building, Plan Check, Zoning, Well & Septic, etc.), since each section implements specific codes or ordinances which may affect your project.