UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PD CANNON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIANA GOMEZ, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03328-SI<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Tigar for consideration of whether the case is related to 11-cv-00651. *See* Dkt. No. 1; Compl. ¶¶ 97, 98.

**IT IS SO ORDERED.**

Dated: 6/15/18

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge