UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP DIAZ CANNON,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANA GOMEZ, et al.,<br><br>    Defendants. | Case No. 18-cv-03328-SI<br><br>**ORDER TO PROVIDE UPDATE ON STATUS OF UNDERLYING SONOMA COUNTY ACTION** |

On July 9, 2018, this Court stayed this action, pending resolution of the underlying Sonoma County action (*County of Sonoma v. Cannon*, SCV 259605 (Cal. Super. Ct. Oct. 14, 2016)). Nothing further has been filed in this case since then.

Accordingly, plaintiff Cannon is ORDERED to file a statement with the Court on or before April 15, 2019, explaining the current status of the underlying Sonoma County action and, if possible, stating when it is expected to be completed.

**IT IS SO ORDERED.**

Dated: April 8, 2019

_____
SUSAN ILLSTON
United States District Judge