UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILIP DIAZ CANNON, Plaintiff, v. DIANA GOMEZ, et al., Defendants. | Case No. 18-cv-03328-SI <br><br> **ORDER OF ADMINISTRATIVE CLOSURE** <br><br> Re: Dkt. Nos. 4, 8 |

On July 9, 2018, this Court stayed this action, pending resolution of the underlying Sonoma County action (*County of Sonoma v. Cannon*, SCV 259605 (Cal. Super. Ct. Oct. 14, 2016)). Plaintiff has filed nothing further in this case since. On April 4, 2019, the Court ordered plaintiff Cannon to file a statement with the Court on or before April 15, 2019, explaining the current status of the underlying Sonoma County action and, if possible, stating when it is expected to be completed. Plaintiff has filed nothing in response to that order, nor has he communicated with the Court in any way.

Accordingly, this action is administratively closed. Plaintiff may seek to reopen the matter when/if his underlying action is completed.

**IT IS SO ORDERED**.

Dated: May 17, 2019

_____
SUSAN ILLSTON
United States District Judge